| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | JUSTIN L. LEE<br>ALEXIS KLEIN |
| 3 | Assistant United States Attorneys |
| 4 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 5 | Telephone: (916) 554-2700<br>Facsimile:  (916) 554-2900 |
| 6 | Attorneys for Plaintiff |
| 7 | United States of America |

**FILED**
Mar 10, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>4601 BLACKROCK DR., APT 214, SACRAMENTO, CA 95835 | CASE NO. 2:22-sw-0163 JDP<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

## **S E A L I N G   O R D E R**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: March 10, 2022

_____
Hon. Jeremy D. Peterson
U.S. MAGISTRATE JUDGE